| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF NEW YORK |
|---|---|

| Deluxe Financial Services, Inc. | |
|---|---|
| Plaintiff, | Court File Number |
| | 1:15-cv-6553 |
| V. | |
| | **AFFIDAVIT OF SERVICE** |
| TransCard, LLC | |
| Defendant, | |

State of Georgia } SS
County of Catoosa }

_____ IRWIN KOPLAN _____, being duly sworn, on oath says that on
(Name of Server)

AUGUST / 21 /2015 at 4 : 01 P.M.
(Date of Service)      (Time of Service)

s(he) served the: Summons & Complaint; Exhibit 1; Practices of Judge John F. Keenan and
Magistrate Judge Debra Freeman; Electronic Case Filing Rules & Instructions
for the Southern District of New York

upon: TransCard, LLC

therein named, personally at: TRANSCARD, LLC
1301 RIVERFRONT PARKWAY, SUITE 200
CHATTANOOGA, TENNESSEE 37402

by handling to and leaving with:

[ ]    the Registered Agent of TransCard, LLC
[✓]    an Officer of TransCard, LLC
[ ]    a Managing Agent, someone within TransCard, LLC whose management capacity is such
       that (s)he exercises independent judgment and discretion

MR. GREG BLOH _____                    PRESIDENT
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

                                        _Irwin Koplan_
Subscribed and Sworn to before me          (Signature of Server)

24TH / AUGUST /2015.

_____
(Signature of Notary)
MY COMMISSION EXPIRES: 04 JUN 2019

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # LARKI 156319 5011
Re: 1:15-cv-6553

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994