Michael Shapiro
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Tel. (212) 732-3200
shapiro@clm.com

Stephen D. Barham
(*pro hac vice* application to be filed)
CHAMBLISS, BAHNER & STOPHEL, P.C.
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Tel. (423) 757-0239
sbarham@chamblisslaw.com
*Attorneys for Defendant Transcard, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
DELUXE FINANCIAL SERVICES, INC.  : Civ. No.: 1:15-cv-6553 (JFK)
:
Plaintiff,  :
:
v.  :
:
TRANSCARD, LLC  :
:
Defendant.  :
:
:
---------------------------------------------------------------x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Transcard, LLC ("Transcard"), in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement. Transcard does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

7680668.2

Dated:  September 11, 2015
        New York, New York

                      CARTER LEDYARD & MILBURN

                      By: /s/ Michael Shapiro
                      Michael Shapiro
                      Two Wall Street
                      New York, New York 10005
                      Tel. (212) 732-3200
                      shapiro@clm.com

                      And

                      Stephen D. Barham
                      (*pro hac vice* application to be filed)
                      Chambliss, Bahner & Stophel, P.C.
                      Liberty Tower
                      605 Chestnut Street, Suite 1700
                      Chattanooga, TN 37450
                      Tel. (423) 757-0239
                      sbarham@chamblisslaw.com

                      *Attorneys for Defendant Transcard, LLC*